# EXHIBIT B

BACK TO PAGE 1

Items Currently for Sale at Barstool Sports







BARSTOOL STORE

< HOME   < CLOWN BATHING SUIT

NEW ARRIVALS   APPAREL ▸   ACCESSORIES ▸   PODCASTS & SHOWS ▸   COLLECTIONS ▸   SALE ▸   Sign In

# CLOWN BATHING SUIT

$ 48.00

**DESCRIPTION**   MATERIAL

Clown Bathing Suit. The best bathing suit of the summer has arrived. The biggest clown on planet Earth #FireGoodell

This bathing suit runs small we recommend ordering a size up if between sizes.

**SHIPPING**

This item typically ships in 3-6 business days.

SIZE: SMALL

S   M   L   XL   2XL

COLOR: TURQUOISE

[ ]

-  1  +

ADD TO BAG

Returns & Exchanges   Contact Us



HOME / CLOWN PINT GLASS

# CLOWN PINT GLASS

$ 12.00

**DESCRIPTION**  MATERIAL

Enjoy some cold ones at home with the Clown Pint Glass

**SHIPPING**

This item typically ships in 3-6 business days.

- 1 +

ADD TO BAG

Returns & Exchanges   Contact Us

LET US SEND YOU STUFF



# CLOWN/CPRB PINT GLASS 4 PACK

$ 40.00

**DESCRIPTION**
Clown/CPRB Pint Glass 4 Pack
A $48 value!

**SHIPPING**
This item typically ships in 3-6 business days

- 1 +

ADD TO BAG

Returns & Exchanges   Contact Us

## LET US SEND YOU STUFF

Your email

LET'S DO THIS







Goodell Clowns Clay Matthews, It Is My Honor To Clown Him In The Name Of Packers Nation

Exact artwork with new color scheme



A Stan Bowman Performance Review Blog

Exact Nose from original artwork file



**CLOWN CLUB COVER** $ 45.00

Returns & Exchanges

BACK TO PAGE 1

## Unlicensed Use/Derivative Works Sold by Barstool Sports

### permanent inc.

**Ben McAClown Shirts Are On Sale By Popular Demand**



**Our Official Response To Michael Rapaport "The Self Proclaimed King of Shit Talk" AKA - Marshmellow Mike AKA - Litigation Mike's Cease And Desist Attempts**




El Presidente

STILL ON SALE! CLICK TO BUY!

  

---


**Dave Portnoy**
@stoolpresidente

People who think feud is fake are nuts. Yeah I made 100k off @MichaelRapaport clown shirts today and a shit ton more on traffic he gave us (his biggest day) but that wasn't what I wanted. I liked Mike. He just went insane and had to be put down like a wounded animal

8:56 PM · 2/18/18 · Twitter for iPhone

 

---

Exact Nose from original artwork file



Link to ESPN video



https://www.youtube.com/watch?v=Mf_IScWu2XI



**Barstool to make Goodell clown towels for season opener**

10

BACK TO PAGE 1

Unlicensed Third Party Agreement with Olympia Sports

Reader Email - Is Roger Goodell Threatening To Blackball Olympia Sports For Selling Our Clown Shirts?


El Presidente

It Would Appear Olympia Sports In Nashua Has A Murderer Section


El Presidente
5/26/2013 10:00 AM




permanent inc.