UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
JAKE BERNIER, KENNETH LEMARIER and      :   19cv6319 (DLC)(SN)
JOSEPH BERNIER,                         :
                                        :       ORDER
                    Plaintiffs,         :
          -v-                           :
                                        :
BARSTOOL SPORTS, INC.,                  :
                                        :
                    Defendant.          :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

DENISE COTE, District Judge:

An Order of September 30, 2019 referred the above-captioned case to the Court-annexed Mediation Program for mediation to occur in January 2020. It is hereby

ORDERED that the mediation referral of September 30 is withdrawn.

IT IS FURTHER ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Netburn prior to **December 10, 2019** in order to schedule settlement discussions to occur under her supervision.

SO ORDERED:

Dated:    New York, New York
          December 6, 2019

                                         _____
                                              DENISE COTE
                                       United States District Judge