UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JAKE BERNIER, KENNETH LEMARIER and    :   19cv6319(DLC)
JOSEPH BERNIER,                       :
                                      :   ORDER OF
                         Plaintiffs,  :   DISCONTINUANCE
              -v-                     :
                                      :   USDC SDNY
BARSTOOL SPORTS, INC.,                :   DOCUMENT
                         Defendant.   :   ELECTRONICALLY FILED
                                      :   DOC #:
---------------------------------------- X   DATE FILED: 1/30/2020

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 30, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          January 29, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge